# IN THE SUPREME COURT OF THE STATE OF NEVADA

TREVOR GARDNER,
                    Appellant,
vs.
TROPICANA LAS VEGAS, INC., A
DELAWARE CORPORATION,
                    Respondent.

No. 71602

FILED

JUN 20 2017



## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Valerie Adair, District Judge
       Thomas Tanksley, Settlement Judge
       Rosenfeld, Meyer & Susman LLP
       Morris Anderson
       Thorndal Armstrong Delk Balkenbush & Eisinger/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-20307